UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL DE LUNA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  1:15-cv-03095-MKD<br><br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 6.

IT IS ORDERED that the motion, **ECF No. 23**, is **GRANTED**. The above-captioned case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Page 1        ORDER

Upon remand, the Appeals Council will instruct the Administrative Law Judge to conduct a new hearing and issue a new decision. Plaintiff may raise any issue and submit additional evidence in support of his claim.

The ALJ will: (1) reevaluate the severity of Plaintiff's physical and mental impairments, including insulin-dependent diabetes, hepatitis C, bilateral ulnar nerve compromise, attention deficit hyperactivity disorder, back pain, substance dependence in full sustained remission, anxiety disorder, depression and post-traumatic stress disorder, and determine whether all of the impairments, singly or in combination, are severe, as develop the record as necessary; (2) reevaluate all medical opinions of record, including the opinion of Jesse McClelland, M.D., regarding Plaintiff's ability to work, and explain the weight given to this opinion evidence; (3) reevaluate the credibility of Plaintiff's statements about his pain and other symptoms to determine the extent to which these symptoms limit Plaintiff's ability to do basic work activities; the Administrative Law Judge will consider the factors set forth in Social Security Ruling 96-7p in assessing Plaintiff's credibility and (4) based on the reevaluation of the foregoing, reassess Plaintiff's residual functional capacity, citing specific evidence in support of the assessed limitations.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

IT IS ORDERED:

1
2   The parties' stipulated motion to remand, ECF No. **23, is GRANTED**. The
3   case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further
4   administrative proceedings.
5   The District Court Executive is directed to enter judgment for plaintiff,
6   provide copies of this order to the parties and CLOSE THE FILE.
7   DATED this 19th day of January, 2016.

*S/ Mary K. Dimke*

MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE